No. 14–0507/NA.   U.S. v. Matthew H. Cook.   CCA 201200518.   Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted to May 21, 2014.

No. 14–0539/CG.   U.S. v. Brandon M. Corral.   CCA 1373.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 14, 2014.

Tuesday, April 29, 2014

No. 14–0001/AR.   U.S. v. George D. MacDonald.   CCA 20091118.   Appellee's motion for leave to file a supplemental appendix is granted.